**Dismiss and Opinion Filed July 28, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00575-CV

**JOHN SCOTT PITTMAN, KAREN PITTMAN, AND J.T.P., A MINOR CHILD, Appellants**

**V.**

**LEWISVILLE INDEPENDENT SCHOOL DISTRICT AND HEBRON HIGH SCHOOL, Appellees**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-15-01795-E**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Myers

The Court has before it appellants' July 24, 2015 unopposed motion to dismiss the appeal. The motion states that J.T.P. is no longer a student in the Lewisville Independent School District and thus there is no justiciable controversy between the parties. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers/
LANA MYERS
150575F.P05 JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN SCOTT PITTMAN, KAREN
PITTMAN, AND J.T.P., A MINOR CHILD,
Appellants

No. 05-15-00575-CV          V.

LEWISVILLE INDEPENDENT SCHOOL
DISTRICT AND HEBRON HIGH
SCHOOL, Appellees

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-15-01795-E.
Opinion delivered by Justice Myers, Justices
Fillmore and Evans participating.

        In accordance with this Court's opinion of this date, we **DISMISS** the appeal.  We
**ORDER** that each party bear its own costs of this appeal.


Judgment entered this 28th day of July, 2015.